Sullivan, J

10/11/2007 16:36   7322129851 PAGE 02

OCT-11-2007 16:35   JENNER AND BLOCK LLP   P.03/03

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
DONALD H. GARDNER p/k/a
BLACKA NICE,

        Plaintiff,

- against -

RAMON LUIS AYALA-RODRIGUEZ p/k/a
DADDY YANKEE, EL CARTEL RECORDS,
INC., LOS CANGRIS PUBLISHING,
MACHETE MUSIC, UNIVERSAL MUSIC
DISTRIBUTION CORP., UNIVERSAL
MUSIC GROUP, VIDAL INVESTMENT,
INC., and VI MUSIC, INC.,

        Defendants.
--------------------------------------------------------x

Case No.: 07 cv 6535 (RJS)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that the time within which Defendants sued herein as Universal Music Distribution Corp. and Universal Music Group may answer, move or otherwise respond to the Complaint in this action is extended through and including November 16, 2007.

Dated: New York, New York
October 11, 2007

BURRELL, REGENSTREICH, LLC

By: /s/ Bruce Regenstreich
    Bruce Regenstreich
67 Wall Stree, 22nd Floor
New York, New York 10005
(212) 567-8590
*Attorney for Plaintiff*

JENNER & BLOCK, LLP

By: /s/ Andrew H. Bart
    Andrew H. Bart
919 Third Avenue, 37th Floor
New York, New York 10022
(212) 891-1600
*Attorneys for Defendant, Universal Music Distribution Corp. and Universal Music Group*

SO ORDERED:

_____
U.S.D.J.

12679.1

TOTAL P.03