

# BR | BURRELL REGENSTREICH LLC

ATTORNEYS & COUNSELORS AT LAW

BRUCE REGENSTREICH, ESQ.
bregenstreich@bnrlegal.com

67 WALL STREET
TWENTY SECOND FLOOR
NEW YORK, NEW YORK 10005
(212) 567-8590 - PHONE
(212) 567-2630 - FAX
www.bnrlegal.com

December 14, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07

*Via email and regular mail*
United States District Court
Southern District of New York
Hon. Richard J. Sullivan
Att: Eileen Levine-Chief Manager

RE: <u>Donald H. Gardner, p/k/a Blacka Nice v. Ramon Luis Ayala-Rodriguez</u>
Our File Number: 7.6494

07CV 6535 (RJS)

Dear Judge Sullivan:

Kindly accept the following as a joint status letter pursuant to your Order. I have spoken with Andrew Bart, Esq., attorney for the two defendants that have filed an answer in this matter, Universal Music Group and Universal Music Distribution Corp, Inc. He has consented to the content.

A Stipulation of Settlement has been prepared and is in the process of being finalized and executed as to Universal Music Group and Universal Music Distribution Corp.

The status of the other defendants in this matter are as follows:

All of the following have not yet been served and we are presently preparing a Motion for Substituted Service.

RAMON LUIS AYALA-RODRIGUEZ, p/k/a DADDY YANKEE,
VIDAL INVESTMENT, INC.,
VI MUSIC, INC.

NEW JERSEY OFFICE
219 EAST BERGEN PLACE
RED BANK, NJ 07701
(732) 212-8400 - PHONE
(732) 212-90511 - FAX

The following defendants have been served and are in default:

EL CARTEL RECORDS, INC.,-Served and in Default
LOS CANGRIS PUBLISHING, -Served and in Default
MACHETE MUSIC,-Served and in Default

We will be preparing an Order to Show Cause why these defendants should not be held in default of appearing and answering.

It is respectfully requested that the Status Conference presently scheduled for December 18, 2007 be adjourned for a sufficient time period to allow us to file:

1.  The Stipulation of Discontinuance as to Universal Music Group and Universal Music Distribution Corp;

2.  The Order to Show Cause to hold the non-answering, served, defendants in default;

3.  The Motion for Substituted Service upon RAMON LUIS AYALA-RODRIGUEZ, p/k/a DADDY YANKEE, VIDAL INVESTMENT, INC., and VI MUSIC, INC.

If possible, kindly email me a decision concerning our need to appear since outside counsel will be traveling in from St. Louis should the conference be held.

Thank you for your attention to this matter. Of course, should you have any questions, please do not hesitate to contact me.

Very truly yours,

*[signature]*
BRUCE REGENSTREICH
BR:rb
Cc: Andrew Bart, Esq.
    Eric Kariya, Esq.

*[handwritten note]:* Request to adjourn conference is denied. Counsel from St. Louis may appear by phone. He can call chambers at 212-805-0264.

SO ORDERED.
Dated: 12/14/07
RICHARD J. SULLIVAN
U.S.D.J.