AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

DONALD H. GARDNER p/k/a BLACKA NICE,

- against -

RAMON LUIS AYALA-RODRIGUEZ p/k/a DADDY YANKEE, EL CARTEL RECORDS, INC., LOS CANGRIS PUBLISHING, MACHETE MUSIC, UNIVERSAL MUSIC DISTRIBUTION CORP., UNIVERSAL MUSIC GROUP, VIDAL INVESTMENT, INC., and VI MUSIC, INC.,

**APPEARANCE**

Case Number: 07cv06535(RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, Universal Music Distribution Corp. and Universal Music Group.

I certify that I am admitted to practice in this court.

| 12/14/2007 | *[signature]* |
|---|---|
| Date | Signature |

| ANDREW H. BART | AB-6724 |
|---|---|
| Print Name | Bar Number |

JENNER & BLOCK, LLP, 919 THIRD AVENUE, 37 FLOOR
Address

| NEW YORK | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 891-1645 | (212) 909-0805 |
|---|---|
| Phone Number | Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DONALD H. GARDNER p/k/a
BLACKA NICE,

       Plaintiff,

- against -                                                                     Case No.: 07 cv 6535 (KMK)

RAMON LUIS AYALA-RODRIGUEZ p/k/a
DADDY YANKEE, EL CARTEL RECORDS,                         **CERTIFICATE OF SERVICE**
INC., LOS CANGRIS PUBLISHING,
MACHETE MUSIC, UNIVERSAL MUSIC
DISTRIBUTION CORP., UNIVERSAL
MUSIC GROUP, VIDAL INVESTMENT,
INC., and VI MUSIC, INC.,

       Defendants.
------------------------------------------------------------x

    I, Carletta F. Higginson, do hereby certify that on this 14th day of December 2007 I caused true and correct copies of the within *Notice of Appearance* to be filed via the United States District Court, Southern District of New York's Electronic Case Filing System and to be served via first class mail delivery upon **Bruce Regenstreich, Esq.**, **Burrell, Regenstreich, LLC**, 67 Wall Street, 22nd Floor, New York, New York 10005.

                                         _____
                                         Carletta F. Higginson

14044.1