AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DONALD H. GARDNER p/k/a BLACKA NICE,

- against -

RAMON LUIS AYALA-RODRIGUEZ p/k/a
DADDY YANKEE, EL CARTEL RECORDS,
INC., LOS CANGRIS PUBLISHING, MACHETE
MUSIC, UNIVERSAL MUSIC DISTRIBUTION CORP.,
UNIVERSAL MUSIC GROUP, VIDAL INVESTMENT,
INC., and VI MUSIC, INC.

**APPEARANCE**

Case Number: 07cv06535(RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, Universal Music Distribution Corp. and Universal Music Group.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/14/2007 | *(signature)* |
| Date | Signature |
| | CARLETTA F. HIGGINSON  CH-6941 |
| | Print Name / Bar Number |
| | JENNER & BLOCK, LLP, 919 THIRD AVENUE, 37 FLOOR |
| | Address |
| | NEW YORK    NY    10022 |
| | City / State / Zip Code |
| | (212) 891-1645    (212) 909-0817 |
| | Phone Number / Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DONALD H. GARDNER p/k/a
BLACKA NICE,

       Plaintiff,

- against -            Case No.: 07 cv 6535 (KMK)

RAMON LUIS AYALA-RODRIGUEZ p/k/a
DADDY YANKEE, EL CARTEL RECORDS,    **CERTIFICATE OF SERVICE**
INC., LOS CANGRIS PUBLISHING,
MACHETE MUSIC, UNIVERSAL MUSIC
DISTRIBUTION CORP., UNIVERSAL
MUSIC GROUP, VIDAL INVESTMENT,
INC., and VI MUSIC, INC.,

       Defendants.
-------------------------------------------------------------x

    I, Carletta F. Higginson, do hereby certify that on this 14th day of December 2007 I caused true and correct copies of the within *Notice of Appearance* to be filed via the United States District Court, Southern District of New York's Electronic Case Filing System and to be served via first class mail delivery upon ***Bruce Regenstreich, Esq.***, ***Burrell, Regenstreich, LLC***, 67 Wall Street, 22nd Floor, New York, New York 10005.

                                                    _____
                                                        Carletta F. Higginson

14044.1