UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DONALD H. GARDNER,

           Plaintiff,

-v-

RAMON AYALA-RODRIGUEZ, *et al.*,

           Defendants.

No. 07 Civ. 6535 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

At the conference held before the Court on December 18, 2007, the Court adopted the following schedule:

> Plaintiff shall file his motion for substituted service not later than January 18, 2008.

> Plaintiff's motion for a default judgment against certain defendants pursuant to this Court's Individual Practices shall also be filed not later than January 18, 2008.

SO ORDERED.

Dated:    December __, 2007
           New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE