**MEMO ENDORSED**



**BURRELL REGENSTREICH LLC**

ATTORNEYS & COUNSELORS AT LAW

BRUCE REGENSTREICH, ESQ.
bregenstreich@bnrlegal.com

110 WALL STREET
ELEVENTH FLOOR
NEW YORK, NEW YORK 10005
(212) 567-8590 - PHONE
(212) 567-2630 - FAX
www.bnrlegal.com

January 15, 2008

*Via email and regular mail*
United States District Court
Southern District of New York
Hon. Richard J. Sullivan
Att: Eileen Levine-Chief Manager

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/08

RE:   **Donald H. Gardner, p/k/a Blacka Nice v. Ramon Luis Ayala-Rodriguez**
      Our File Number : 7.6494
      Case Number     : 07-CV-6535  (RJS)

Dear Judge Sullivan:

As Your Honor may recall, on December 18, 2007 a Status Conference was held in the above-referenced matter. During said Conference, we advised the Court of our difficulty in serving the Summons and Complaint upon various Defendants. As a result, Your Honor allowed us until January 18, 2008 to file a Motion for Substituted Service. All of the Defendants that previously filed Answers in this action have been dismissed by way of Stipulation though it is my understanding that this Stipulation has not yet been docketed by the Court.

Since our appearance in Court, we have conducted substantial investigation regarding the whereabouts of the main Defendant, Ramon Luis Ayala Rodriguez p/k/a Daddy Yankee. We have learned that said Defendant has recently concluded a world tour and may have returned home to Puerto Rico. We have also determined that there is an additional valid address for this Defendant and service is currently being attempted at said location. However, we have not received confirmation of service from the process server as the completion of service is still pending. We are hopeful that we may still be able to effectuate service on Defendant based upon the fact that his tour schedule is complete and

NEW JERSEY OFFICE
219 EAST BERGEN PLACE
RED BANK, NJ 07701
(732) 212-8400 - PHONE
(732) 212-9051 - FAX

we have located an additional address.

Based upon the foregoing, we respectfully request that Plaintiff's time to file the Motion for Substituted Service be extended for an additional thirty (30) days.

Thank you for your attention to this matter. Of course, should you have any questions, please do not hesitate to contact me.

Very truly yours,

*Bruce Reg*

BRUCE REGENSTREICH
BR:ah
Cc: Andrew Bart, Esq.
    Eric Kariya, Esq.

---

The plaintiff's request is granted. The motion shall be filed on or before February 18, 2008. The plaintiff's time in which to serve the complaint is hereby extended to February 18, 2008.

The stipulation of dismissal has not been received by the Court and should be submitted to orders and judgments in accordance with the ECF guidelines.

SO ORDERED.
Date: 1/17/08
RICHARD J. SULLIVAN, U.S.D.J.