IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD H. GARDNER, p/k/a<br>BLACKA NICE,<br><br>          Plaintiff,<br><br>vs.<br><br>RAMON LUIS AYALA-RODRIGUEZ,<br>p/k/a DADDY YANKEE, EL CARTEL<br>RECORDS, INC., LOS CANGRIS<br>PUBLISHING, MACHETE MUSIC,<br>UNIVERSAL MUSIC DISTRIBUTION<br>CORP., UNIVERSAL MUSIC GROUP,<br>VIDAL INVESTMENT, INC., and<br>VI MUSIC, INC.<br><br>          Defendants. | Case No. 07-cv-6535-RJS<br><br>**NOTICE OF MOTION** |

**NOTICE OF MOTION FOR SUBSTITUTED SERVICE**

PLEASE TAKE NOTICE that upon the annexed declaration of Bruce Regenstreich, Esq., executed February 14, 2008, and the exhibit attached thereto, and the annexed declaration of Andrew Hegt, Esq., also executed February 14, 2008, Plaintiff DONALD H. GARDNER, p/k/a BLACKA NICE, through counsel, on the _____ Day of March, 2008 at 2:00 p.m. or as soon thereafter as counsel may be heard, will move this Court before the Honorable Richard J. Sullivan at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Plaintiff's Motion for Substituted Service pursuant to Federal Rule of Civil Procedure 4.

Dated: New York, New York
       February 14, 2008

                              BURRELL, REGENSTREICH, LLC

                              By: _S/ Bruce Regenstreich_
                              Bruce Regenstreich
                              110 Wall Street, 11th Floor
                              New York, NY 10005
                              *Attorney for Plaintiff*