DONALD H. GARDNER PKA BLACKA NICE

                      **Plaintiff**

vs.

RAMON LUIS AYALA-RODRIGUEZ PKA DADDY YANKEE, EL SARTEL RECORDS, ET AL

                      **Defendant**

Superior Court Of New Jersey

DISTRICT OF NY Venue

Docket Number: 07 CV 6535

**Person to be served (Name and Address):**
RAMON LUIS AYALA-RODRIGUEZ, P/K/A DADDY YANKEE
CALLE YABOA REAL 874  URB. COUNTRY CLUB
SAN JUAN  PR  00974
**By serving:** RAMON LUIS AYALA-RODRIGUEZ, P/K/A DADDY YANKEE

**Attorney:** BRUCE REGENSTREICH, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Service Data:**  [ ] Served Successfully  [X] Not Served

**Date/Time:** _____  09/19/2007 _____

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (Indicate name & official title at right)

**Attempts:**
Date/Time: 13 sep 07  1PM
Date/Time: 14 sep 07  9AM/5PM
Date/Time: 17 sep 07  7PM
                     19 sep 07  3PM

Name of Person Served and relationship/title:

_____

_____

**Description of Person Accepting Service:**

SEX: ___ AGE: _____ HEIGHT: _____ WEIGHT: _____ SKIN: ___ HAIR: _____ OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[X] No response on:   Date/Time: 13 sep 07  1PM
                      Date/Time: 14 sep 07  9AM - 5PM
                      Date/Time: 17 sep 07  2PM
                                 19 sep 07  3PM

Other:

Affidavit # 15,322 —

**Served Data:**
Subscribed and Sworn to me this 12th day of December, 2007 in San Juan, Puerto Rico by Carlos Ortiz Caversville personally known to me.

Notary Signature: _____

CARLOS A. Piovanetti Duhnert  Permanent
Name of Notary         Commission Expiration

I, _____ Ortiz Carrasquillo was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____  12/DIC/07
Signature of Process Server    Date

R R