

**Spartan Detective Agency, Inc.**
"A Professional Corporation"
2009 - 2013 Morris Avenue, Union, New Jersey 07083
Phone: (908) 964-3190  Fax: (908) 688-0885

## Confidential Report
## 20071220145535

BURRELL, REGENSTREICH & BOOKER, LLC
219 EAST BERGEN PLACE
RED BANK NJ, 07701-8099

Regarding: SKIP TRACE
On: RAMON LUIS AYALA-RODRIGUEZ P/K/A DADDY YANKEE
Date: 12/21/2007

Attn:    BRUCE REGENSTREICH, ESQ.
Phone:   7322128400
Fax:     7322129051
E-mail:  DCHRISTIE@BRBLLC.COM

As per your request, a SKIP TRACE

On       RAMON LUIS AYALA-RODRIGUEZ P/K/A DADDY YANKEE
         CALLE YABOA REAL 874 URB. COUNTRY CLUB
         SAN JUAN PR 00974

was diligently conducted.

Docket/File#:  07 CV 6535
Venue:         DISTRICT OF NY
Claim#:
Plaintiff:     DONALD H. GARDNER PKA BLACKA NICE
Defendant:     RAMON LUIS AYALA-RODRIGUEZ PKA DADDY YANKEE, EL SARTEL RECORDS, ET AL

We have located this data with the information previously provided by you. Our findings are indicated below:
ENTITY IS CURRENTLY ON A WORLD TOUR
ON 12/22/07, ENTITY IS PERFORMING IN THE DOMINICAN REBPUBLIC
ESATADIO OLIMPICO STADIUM (LOCATED AT THE ESTADIO OLIMPICIO JUAN PABLO DUARTE SPORTS COMPLEX)
SANTO DOMINGO, DOMINICAN REPUBLIC

DOB - 02/03/1977
DADDY YANKEE IS THE FOUNDER AND LEAD PRODUCER OF EL CARTEL RECORDS

THE PHONE # FOR EL CARTEL RECORDS AND THE MANAGEMENT OFFICE IS 787-661-5050, EMAIL ADDRESS IS
elcartel@daddyyankee.com

THE PR IS MAYNA NEVAREZ
5362 NW 110TH AVE
DORAL, FL 33178
SS #- 599-20-XXXX
DOB - 04/23/1975
#305-591-3571
EMAIL IS - mayna@nevarezpr.com

LAST KNOW ADDRESS FOR ENTITY IS
2 CALLE PRADERAS
BAYAMON, PR 00961

THE DATA CONTAINED IN THIS REPORT HAS BEEN OBTAINED BY APPLYING THE SUBJECT'S NAME AND SOCIAL SECURITY NUMBER FOR VERIFICATION. ALL SUBJECT INFORMATION HAS BEEN PROVIDED BY THE CLIENT PREVIOUS TO THIS SEARCH. IF THIS IS A BANK SEARCH PLEASE NOTE THAT THIS SUBJECT MAY HAVE OTHER BANK ACCOUNTS WITH OTHER BANKS, WHICH DID NOT COME UP ON THIS SEARCH. ALL OF THE ABOVE DATA IS FURNISHED IN RESPONSE TO AN INQUIRY AND HAS BEEN OBTAINED FROM SOURCES DEEMED RELIABLE, THE ACCURACY OF WHICH THIS ORGANIZATION DOES NOT GUARANTEE. THE INQUIRER IS TO BE PERSONALLY RESPONSIBLE FOR ANY MISUSE OF THE ABOVE INFORMATION.

**SHOULD YOU HAVE ANY QUESTIONS PLEASE DO NOT HESITATE TO CONTACT US!**