IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD H. GARDNER, p/k/a<br>BLACKA NICE,<br><br>    Plaintiff,<br><br>vs.<br><br>RAMON LUIS AYALA-RODRIGUEZ,<br>p/k/a DADDY YANKEE, EL CARTEL<br>RECORDS, INC., LOS CANGRIS<br>PUBLISHING, MACHETE MUSIC,<br>UNIVERSAL MUSIC DISTRIBUTION<br>CORP., UNIVERSAL MUSIC GROUP,<br>VIDAL INVESTMENT, INC., and<br>VI MUSIC, INC.<br><br>    Defendants. | Case No. 07-cv-6535-RJS<br><br>**ORDER** |

THIS MATTER having been brought before the Court by Bruce Regenstreich, Esq., attorney for the Plaintiff DONALD H. GARDNER, p/k/a BLACKA NICE y upon Notice of Motion; and the Court having read the papers submitted; and for good cause shown;

It is on this _____ day of _____, 2008 ORDERED as follows:

1. Plaintiff's Motion for substituted service is granted;

2. Defendant shall serve copies of the Summons and Complaint along with copies of this Order upon Edgar Prado, Esq. and/or Mayna Nevarez within _____ days.

SO ORDERED: _____  DATE: _____
     UNITED STATES DISTRICT JUDGE