IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD H. GARDNER, p/k/a BLACKA NICE,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON LUIS AYALA-RODRIGUEZ, p/k/a DADDY YANKEE, EL CARTEL RECORDS, INC., LOS CANGRIS PUBLISHING, MACHETE MUSIC, UNIVERSAL MUSIC DISTRIBUTION CORP., UNIVERSAL MUSIC GROUP, VIDAL INVESTMENT, INC., and VI MUSIC, INC.<br><br>Defendants. | Case No. 07-cv-6535-RJS<br><br>**NOTICE OF MOTION** |

**NOTICE OF MOTION FOR SUBSTITUTED SERVICE**

PLEASE TAKE NOTICE that upon the annexed declaration of Bruce Regenstreich, Esq., executed February 14, 2008, and the exhibit attached thereto, and the annexed declaration of Andrew Hegt, Esq., also executed February 14, 2008, Plaintiff DONALD H. GARDNER, p/k/a BLACKA NICE, through counsel, on the _____ Day of March, 2008 at 2:00 p.m. or as soon thereafter as counsel may be heard, will move this Court before the Honorable Richard J. Sullivan at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Plaintiff's Motion for Substituted Service pursuant to Federal Rule of Civil Procedure 4.

Dated: New York, New York
       February 14, 2008

                                BURRELL, REGENSTREICH, LLC

                                By: _S/ Bruce Regenstreich_
                                    Bruce Regenstreich
                                    110 Wall Street, 11th Floor
                                    New York, NY 10005
                                    *Attorney for Plaintiff*