DONALD H. GARDNER PKA BLACKA NICE

Plaintiff

vs.

RAMON LUIS AYALA-RODRIGUEZ PKA DADDY YANKEE, EL SARTEL
RECORDS, ET AL

Defendant

**Person to be served (Name and Address):**
RAMON LUIS AYALA-RODRIGUEZ, P/K/A DADDY YANKEE
CALLE YABOA REAL 874  URB. COUNTRY CLUB
SAN JUAN  PR  00974
**By serving:** RAMON LUIS AYALA-RODRIGUEZ, P/K/A DADDY YANKEE

**Attorney:** BRUCE REGENSTREICH, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT

**Service Data:**    [ ] Served Successfully     [X] Not Served

Date/Time: _____     09/19/2007

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age
residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent,
registered agent, etc. (indicate name & official title at right)

---

Superior Court Of New Jersey

DISTRICT OF NY Venue

Docket Number: 07 CV 6535

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

Attempts:    Date/Time: 13 sept 07  1PM
               Date/Time: 14 sept 07  9AM/5PM
               Date/Time: 17 sept 07  7PM
                      19 sept 07  3PM

Name of Person Served and relationship/title:

_____

_____

---

**Description of Person Accepting Service:**

SEX: ____ AGE: _____ HEIGHT: _____ WEIGHT: _____ SKIN: _____ HAIR: _____ OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[✓] No response on:    Date/Time: 13 sept 07  1PM
                       Date/Time: 14 sept 07  9AM - 5PM
                       Date/Time: 17 sept 07  7PM
                             19 sept 07  3PM

Other:

Affidou't # 15,322 -

Served Data:
Subscribed and Sworn to me this

12 th day of December, 2007 in San Juan,
serto R. co by Carlos Ortiz Carrasquillo persone/ly known rolme,
Notary Signature: _____

CARLOS A. Piovanetti  permanent
Name of Notary     Commission Expiration

I, Carlos Ortiz Carrasquillo
was at the time of service a competent adult
not having a direct interest in the litigation.
I declare under penalty of perjury that the
foregoing is true and correct.

_____ 12/DIC/07
Signature of Process Server    Date

R R