USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

Sullivan, J.

IN THE UNITED STATES COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD GARDNER, p/k/a BLACKA NICE,<br>    Plaintiff,<br><br>vs.<br><br>RAMON LUIS AYALA-RODRIGUEZ, p/k/a DADDY YANKEE, EL CARTEL RECORDS, INC., LOS CANGRIS PUBLISHING, MACHETE MUSIC, UNIVERSAL MUSIC DISTRIBUTION CORP., UNIVERSAL MUSIC GROUP, VIDAL INVESTMENT, INC., and VI MUSIC, INC.<br>    Defendants. | Cause No. 07-cv-6535-RJS<br><br>**STIPULATION OF DISMISSAL DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) OF DEFENDANTS MACHETE MUSIC, UNIVERSAL MUSIC DISTRIBUTION CORP. AND UNIVERSAL MUSIC GROUP** |

Plaintiff Donald H. Gardner, p/k/a Blacka Nice ("Plaintiff"), and Defendants Machete Music, Universal Music Distribution Corp. and Universal Music Group (the "Universal Music Defendants"), hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) to the dismissal of Plaintiff's claims against the Universal Music Defendants. It is further stipulated and agreed that each party will bear its own costs and fees.

Submitted by:

BURRELL, REGENSTREICH, LLC

By: _____
Bruce Regenstreich
110 Wall Street, 11th Floor
New York, NY 10005
*Attorney for Plaintiff*

JENNER & BLOCK, LLP

By: _____
Andrew H. Bart
919 Third Avenue, 37th Floor
New York, NY 10022
*Attorneys for Defendants Machete Music, Universal Music Distribution Corp. and Universal Music Group*

SO ORDERED: _____   DATE: 2/21/08
UNITED STATES DISTRICT JUDGE