| | |
|---|---|
| DONALD H. GARDNER PKA BLACKA NICE<br>Plaintiff<br>vs.<br>RAMON LUIS AYALA-RODRIGUEZ PKA DADDY YANKEE, EL SARTEL RECORDS, ET AL<br>Defendant | Superior Court Of New Jersey<br>DISTRICT OF NY Venue<br>Docket Number: 07 CV 6535 |

**Person to be served (Name and Address):**
RAMON LUIS AYALA-RODRIGUEZ, P/K/A DADDY YANKEE
CALLE YABOA REAL 874  URB. COUNTRY CLUB
SAN JUAN  PR  00974
**By serving:** RAMON LUIS AYALA-RODRIGUEZ, P/K/A DADDY YANKEE

**Attorney:** BRUCE REGENSTREICH, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT

**Service Data:**   [ ] Served Successfully   [X] Not Served

**Date/Time:** _____   09/19/2007_____

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.__

Attempts:  Date/Time: 13sep07 1PM
           Date/Time: 14sep07 9AM/5PM
           Date/Time: 17sep07 7PM
                     19sep07 3PM

Name of Person Served and relationship/title:

_____

_____

**Description of Person Accepting Service:**

SEX: ___ AGE: _____ HEIGHT: _____ WEIGHT: _____ SKIN: ____ HAIR: _____ OTHER: _____

Unserved:
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[X] No response on:   Date/Time: 13sep07 1PM
                     Date/Time: 14sep07 9AM-5PM
                     Date/Time: 17sep07 2PM
                                19sep07 3PM

Other:

Affidavit # 15,322 —

**Served Data:**
Subscribed and Sworn to me this 12th day of December, 2007 in San Juan, Puerto Rico by Carlos Ortiz Carrasquillo personally known to me.

Notary Signature: _____
CARLOS A. Piovanetti Duhnert   permanent
Name of Notary    Commission Expiration

I, Carlos Ortiz Carrasquillo, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   12/DIC/07
Signature of Process Server   Date

R R