AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

## APPEARANCE

Case Number: 07cv06535(RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ramon Luis Ayala-Rodriguez p/k/a Daddy Yankee, El Cartel Records, Inc. and Los Cangris Publishing

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/30/2008 | _[signature]_ |
| Date | Signature |
| | Jonathan Pollack — JP-9043 |
| | Print Name — Bar Number |
| | 240 Madison Avenue 8th Fl |
| | Address |
| | New York, NY — 10016 |
| | City — State — Zip Code |
| | (212) 889-0761 — (212) 889-0279 |
| | Phone Number — Fax Number |