UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DONALD H. GARDNER P/K/A                      :
BLACKA NICE
                                             :          07 cv 6535 (RJS)
                      Plaintiffs,            :

                                             :
        v.
                                             :

RAMON LUIS AYALA-RODRIGUEZ P/K/A             :
DADDY YANKEE, EL CARTEL RECORDS, INC.,       :
LOS CANGRIS PUBLISHING, MACHETE MUSIC,
UNIVERSAL MUSIC DISTRIBUTION CORP.,          :
UNIVERSAL MUSIC GROUP, VIDAL
INVESTMENT, INC. AND VI MUSIC, INC.          :

                      Defendants
-------------------------------------------------------------X

CERTIFICATE OF SERVICE

        I hereby certify that on March 30, 2008, I caused a copy of **Notice of Appearance**
to be filed via the United States Court, Southern District of New York's Electronic Case
Filing System and to be served on Plaintiff listed below by depositing the same via U.S.
Mail at the following address:

                **BRUCE REGENSTREICH**
                **BURRELL REGENSTREICH, LLC**
                67 WALL STREET
                NEW YORK, NY 10005
                ATTORNEYS FOR
                **DONALD H. GARDNER P/K/A**
                **BLACKA NIC**

Dated March 30, 2008


                                By: _____
                                      Jonathan Pollack