## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I caused a copy of **DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM** to be served on counsel for the Plaintiff listed below by arranging for the delivery of this document via e-mail per prior agreement:

>Bruce Regenstreich, Esq.
>Burrell Regenstreich, LLC
>67 Wall Street 22nd Floor
>New York, NY 10005
>bregenstreich@brbllc.com
>Attorney for Plaintiff Donald Gardner
>p/k/a Blacka Nice.

Dated: April 21, 2008

By: _____
Jonathan Pollack