USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

DONALD H. GARDNER P/K/A
BLACKA NICE

            Plaintiffs,

v.

RAMON LUIS AYALA-RODRIGUEZ P/K/A
DADDY YANKEE, EL CARTEL RECORDS, INC.,
LOS CANGRIS PUBLISHING, MACHETE MUSIC,
UNIVERSAL MUSIC DISTRIBUTION CORP.,
UNIVERSAL MUSIC GROUP, VIDAL
INVESTMENT, INC. AND VI MUSIC, INC.

            Defendants

07 cv 6535 (RJS)

------------------------------------------------------X

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that the time within which Defendants sued herein as RAMON LUIS AYALA-RODRIGUEZ P/K/A DADDY YANKEE, EL CARTEL RECORDS and LOS CANGRIS PUBLISHING, INC., may answer, move or otherwise respond to the Complaint in this action is extended through and including April 21, 2008.

Dated: New York, NY
March __, 2008

BURREL REGENSTREICH, LLC

By: _____
Bruce Regenstreich
67 Wall Street, 22nd Floor
New York, NY 10005
(212) 567-8590
Attorney for Plaintiff

LAW OFFICES OF
JONATHAN POLLACK

By: _____
Jonathan Pollack    JP 9043
240 Madison Ave. 8th Fl
New York, NY 10016
(212) 889-0761
Attorney for Defendants, Ramon
Luis Ayala-Rodriguez p/k/a daddy
Yankee, El Cartel Records, Los
Cangris Publishing, Inc.

SO ORDERED:

_____
4/21/08    U.S.D.J