

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**DONALD H. GARDNER** *PERSONALLY KNOWN AS* BLACKA NICE,
         **Plaintiff.**

-v-

**RAMON AYALA-RODRIGUEZ,**
*personally known as* Daddy Yankee, et al
         **Defendants.**

Case No. 07-CV-06535(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Freeman for the following purpose(s):

| | | | |
|---|---|---|---|
| _x_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) *- The parties request an immediate settlement conference.* | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| ___ | Settlement* - | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | All such motions: ___ |

* Do not check if already referred for general pretrial.
**SO ORDERED**.
DATED:   New York, New York
        May 29, 2008

*[signature]*
RICHARD J. SULLIVAN
United States District Judge