IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD H. GARDNER, p/k/a<br>BLACKA NICE,<br><br>    Plaintiff,<br><br>vs.<br><br>RAMON LUIS AYALA-RODRIGUEZ,<br>p/k/a DADDY YANKEE, EL CARTEL<br>RECORDS, INC., LOS CANGRIS<br>PUBLISHING, MACHETE MUSIC,<br>UNIVERSAL MUSIC DISTRIBUTION<br>CORP., UNIVERSAL MUSIC GROUP,<br>VIDAL INVESTMENT, INC., and<br>VI MUSIC, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Cause No. 07-cv-6535-RJS<br>)<br>)   **AMENDED ANSWER-REPLY**<br>)   **TO COUNTERCLAIM**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff Donald H. Gardner, p/k/a Blacka Nice ("Plaintiff"), by his attorney, Burrell, Regenstreich, LLC, hereby amends their Answer to include the following reply to the counterclaim of the defendant alleges:

1. Plaintiff denies each and every allegation contained in paragraphs 37-40 inclusive of Ramon Ayala Rodriguez p/k/a "Daddy Yankee", El Cartel Records, Inc. And Los Cangris Publishing (collectively "defendants") Answer and Counterclaim labeled as the defendant's Fifth Affirmative Defense and Counterclaim.

FOR A FIRST AFFIRMATIVE DEFENSE, THE PLAINTIFF ALLEGES:

2. The Plaintiff has a copyright interest in the subject song, Dale Caliente.

3. The defendants granted Plaintiff a copyright interest in the subject song either by express, or implied, action.

WHEREFORE, plaintiff demands judgment dismissing the counterclaim contained in the defendant's answer , together with costs and disbursements of the above entitled action, and demands judgment as demanded in the complaint.

Dated: June 2, 2008
New York, New York

*Bruce Regenstreich*

Bruce Regenstreich, Esq.
Burrell, Regenstreich, LLC
67 Wall Street
New York, New York 10005
(212-567-8590)