UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DONALD H. GARDNER P/K/A
BLACKA NICE

           Plaintiffs,

           07 cv 6535 (RJS)

RAMON LUIS AYALA-RODRIGUEZ P/K/A
DADDY YANKEE, EL CARTEL RECORDS, INC.,
LOS CANGRIS PUBLISHING, MACHETE MUSIC,
UNIVERSAL MUSIC DISTRIBUTION CORP.,
UNIVERSAL MUSIC GROUP, VIDAL
INVESTMENT, INC. AND VI MUSIC, INC.

           Defendants.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I hereby certify that on June 17, 2008, I caused a copy of **DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS** to be served on counsel for the Plaintiff listed below by arranging for the delivery of this document via e-mail by prior arrangement:

        Bruce Regenstreich, Esq.
        Burrell & Regenstreich
        110 Wall Street
        New York, New York 10005
☐       Attorneys for Donald Gardner

Dated: June 17, 2008

                            By: _____
                                Jonathan Pollack