CERTIFICATE OF SERVICE

        I hereby certify that on June 18, 2008 I caused a copy of **DEFENDANTS'**
**FIRST SET OF INTERROGATORIES** to be served on Plaintiff listed below by
sending the same via e-mail by prior arrangement with Bruce Regenstreich, Esq. attorney
for Plaintiff Donald Gardner.

        Eric Kayira, Esq.
        Bruce Regenstreich, Esq.
        Regenstreich and Burrell
        67 Wall Street, 22nd Floor
        New York, NY 10005
        eric.kayira@huschblackwell.com
        bregenstreich@brbllc.com

Dated: June 18, 2008

        By:__/Jonathan Pollack/____
                Jonathan Pollack

1