UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DONALD H. GARDNER P/K/A :
BLACKA NICE
: 07 cv 6535 (RJS)
          Plaintiffs,
:

v. : **NOTICE OF DEPOSITION**

:
RAMON LUIS AYALA-RODRIGUEZ P/K/A
DADDY YANKEE, EL CARTEL RECORDS, INC., :
LOS CANGRIS PUBLISHING, MACHETE MUSIC,
UNIVERSAL MUSIC DISTRIBUTION CORP., :
UNIVERSAL MUSIC GROUP, VIDAL
INVESTMENT, INC. AND VI MUSIC, INC. :

         Defendants.
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Case Management and Scheduling Order issued by the Honorable Richard J. Sullivan on May 29, 2008 requiring depositions to be completed by July 31, 2008, defendants Ramon Ayala Rodriguez, El Cartel Records, Inc. and Los Cangris Publishing will take the deposition upon oral examination of plaintiff, Donald H. Gardner ("Mr. Gardner"), on Tuesday July 29, 2008, commencing at 10:00 a.m. before a notary public or some other person duly authorized to administer oaths, with a stenographic transcript taken of such examination and continuing from day to day until completed at the Law Offices of Jonathan S. Pollack, 240 Madison Avenue, 8th Floor, New York, NY 10016.

      Mr. Gardner is required to produce and permit the inspection and copying of any and all documents of any kind which relate to, confirm or support plaintiff's claims of joint authorship of the composition titled "Dale Caliente" and the sound recording embodying the composition "Dale Caliente."

Dated: New York, NY
      May 22, 2008

                                      Jonathan S. Pollack
                                      Attorney at Law

By: _____
                                      Jonathan Pollack (JP-9043)
                                      240 Madison Avenue
                                      8th Floor
                                      New York, NY 10016
                                      (212) 889-0761
                                      Attorney for Defendants
                                      Ramon Ayala, El Cartel Records, Inc. and
                                      Los Cangris Publishing

To:    Bruce Regenstreich Esq.
        Regenstreich & Burrell, LLC
        110 Wall Street, 11th Floor
        New York, NY 10005
        (212) 567-8590
        Attorneys for Plaintiff
        Donald H. Gardner