UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

DONALD H. GARDNER P/K/A
BLACKA NICE

    Plaintiffs,

07 cv 6535 (RJS)

RAMON LUIS AYALA-RODRIGUEZ P/K/A
DADDY YANKEE, EL CARTEL RECORDS, INC.,
LOS CANGRIS PUBLISHING, MACHETE MUSIC,
UNIVERSAL MUSIC DISTRIBUTION CORP.,
UNIVERSAL MUSIC GROUP, VIDAL
INVESTMENT, INC. AND VI MUSIC, INC.

    Defendants.
----------------------------------------------------------X

## CERTIFICATE OF SERVICE

  I hereby certify that on July 22, 2008, I caused a copy of **DEFENDANTS'
NOTICE OF DEPOSITION OF DONALD H. GARDNER** to be served on counsel for
the Plaintiff listed below by arranging for the delivery of this document via e-mail by
prior arrangement:

    Bruce Regenstreich, Esq.
    Burrell & Regenstreich
    110 Wall Street
    New York, New York 10005
    Attorneys for Donald Gardner

Dated: July 22, 2008

            By: _____
              Jonathan Pollack