UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD H. GARDNER, p/k/a
BLACKA NICE,

        Plaintiff,

vs.

RAMON LUIS AYALA-RODRIGUEZ, p/k/a
DADDY YANKEE, EL CARTEL RECORDS, INC.,
LOS CANGRIS PUBLISHING, MACHETE MUSIC,
UNIVERSAL MUSIC DISTRIBUTION CORP.,
UNIVERSAL MUSIC GROUP,
VIDAL INVESTMENT, INC., and
VI MUSIC, INC.

        Defendants.

Case No. 07-cv-6535-(RJS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of _____ attorney for

and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | ERIC F. KAYIRA |
| Firm Name: | KAYIRA, LLP |
| Address: | 1001 CRAIG ROAD, SUITE 330 |
| City/State/Zip: | ST. LOUIS, MISSOURI 63146 |
| Phone Number: | 314-872-2141 |
| Fax Number: | 314-872-2140 |
| Email Address: | Eric.Kayira@kayiralaw.com |

is admitted to practice pro hac vice as counsel for Plaintiff, Donald H. Gardner, p/k/a Blacka Nice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:    August 15, 2008
City, State:  New York, New York

                                              _____
                                              United States District/Magistrate Judge

                                                **Debra Freeman
United States Magistrate Judge
Southern District of New York**