UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD H. GARDNER, p/k/a
BLACKA NICE,

          Plaintiff,

vs.

RAMON LUIS AYALA-RODRIGUEZ, p/k/a
DADDY YANKEE, EL CARTEL RECORDS, INC.,
LOS CANGRIS PUBLISHING, MACHETE MUSIC,
UNIVERSAL MUSIC DISTRIBUTION CORP.,
UNIVERSAL MUSIC GROUP,
VIDAL INVESTMENT, INC., and
VI MUSIC, INC.

          Defendants.

Case No. 07-cv-6535-(RJS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of _____ attorney for _____

and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Name: ERIC F. KAYIRA
    Firm Name: KAYIRA, LLP
    Address: 1001 CRAIG ROAD, SUITE 330
    City/State/Zip: ST. LOUIS, MISSOURI 63146
    Phone Number: 314-872-2141
    Fax Number: 314-872-2140
    Email Address: Eric.Kayira@kayiralaw.com

is admitted to practice pro hac vice as counsel for Plaintiff, Donald H. Gardner, p/k/a Blacka Nice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: August 6, 2008
City, State: New York, New York

                          _____
                          United States District/Magistrate Judge

                          Debra Freeman
                          United States Magistrate Judge
                          Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DONALD H. GARDNER, p/k/a
BLACKA NICE,

        Plaintiff,

vs.

RAMON LUIS AYALA-RODRIGUEZ, p/k/a
DADDY YANKEE, EL CARTEL RECORDS, INC.,
LOS CANGRIS PUBLISHING, MACHETE MUSIC,
UNIVERSAL MUSIC DISTRIBUTION CORP.,
UNIVERSAL MUSIC GROUP,
VIDAL INVESTMENT, INC., and
VI MUSIC, INC.

        Defendants.

Case No. 07-cv-6535-(RJS)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Bruce Regenstreich, Esq. a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    ERIC F. KAYIRA
    Firm Name:    KAYIRA, LLP
    Address:    1001 CRAIG ROAD, SUITE 330
    City/State/Zip:    ST. LOUIS, MISSOURI 63146
    Phone Number:    314-872-2141
    Fax Number:    314-872-2140

Eric F. Kayira is a member in good standing of the Bar of the State of Missouri and there are no pending disciplinary proceedings against Eric F. Kayira in any State or Federal court.

Dated:    August 6, 2008
City, State:    New York, New York

    Respectfully submitted,

    _/s/ Bruce Regenstreich_
    Bruce Regenstreich, Esq.
    SDNY Bar (2046)
    Burrell, Regenstreich LLC
    110 Wall Street-Eleventh Floor
    New York, New York 10005
    212-567-8590

    Fax-212-567-2630

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD H. GARDNER, p/k/a
BLACKA NICE,

        Plaintiff,

vs.

RAMON LUIS AYALA-RODRIGUEZ, p/k/a
DADDY YANKEE, EL CARTEL RECORDS, INC.,
LOS CANGRIS PUBLISHING, MACHETE MUSIC,
UNIVERSAL MUSIC DISTRIBUTION CORP.,
UNIVERSAL MUSIC GROUP,
VIDAL INVESTMENT, INC., and
VI MUSIC, INC.

        Defendants.

Case No. 07-cv-6535-(RJS)

**AFFIDAVIT OF
BRUCE REGENSTREICH
IN SUPPORT OF MOTION
TO ADMIT ERIC F. KAYIRA
PRO HAC VICE**

State of New York  )
                             ) ss:
County of New York  )

Bruce Regenstreich, Esq., being duly sworn, hereby deposes and says as follows:

1. I am a member of Burrell, Regenstreich, LLC, counsel for Plaintiff in the above captioned
action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Eric F. Kayira, Esq. as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the various courts of the State of New York and was admitted to practice law in the State of New York on April 30, 1976. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Eric F. Kayira since 2006.

4. Mr. Kayira was a colleague of another close friend, and attorney, Mr. Michael Rozier.

5. I have found Eric F. Kayira to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Eric F. Kayira, pro hac vice.

7.  I have attached Mr. Kayira's Missouri Certificate of Good Standing as Exhibit A

8.  I respectfully submit a proposed order granting the admission of Eric F. Kayira, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Eric F. Kayira pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated:    August 6, 2008
          New York, New York

Respectfully submitted,

Notarized:

*[signature]*
Bruce Regenstreich, Esq.
SDNY Bar Code: 2046

*[signature]*
Walter P. Burrell
Attorney at Law
State of New Jersey

State Bar ID# 04424-1991

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to admit Eric F. Kayira, Esq. pro hac vice was served via electronic mail and first class United States mail, postage prepaid, this 6th day of August, 2008 to:

Jonathan S. Pollack
Attorney at Law
240 Madison Avenue
8th Floor
New York, NY 10016
JSPLegal2000@aol.com

*Attorney for Defendants:* Ramon Ayala-Rodriguez, El Cartel Records, Inc., and Los Cangris Publishing

_____
Bruce Regenstreich
*Attorney for Plaintiff*

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on April 21, 2000,

## Eric Francis Kayira

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 21st. day of July, 2008.

_____
Clerk of the Supreme Court of Missouri